## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by **PRANA HOSPITALITY INC., RAJIV SHARMA,** and related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Diego Meria
Full Legal Name (Print)

_____
Signature

9-6-2010.
Date